IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Criminal Action No. 22-cr-00266-NYW

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

1. JUSTIN J. MOLL,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the evidentiary hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED: November 14, 2022.

    BY THE COURT:

    _____
    Nina Y. Wang
    United States District Judge

_____      _____
Attorney for Plaintiff                                         Attorney for Defendant